| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| Maxwell M. Blecher (SBN 26202) <br> mblecher@blechercollins.com <br> Donald R. Pepperman (SBN 109809) <br> dpepperman@blechercollins.com <br> BLECHER COLLINS PEPPERMAN & JOYE, P.C. <br> 515 S. Figueroa St., Suite 1750 <br> Los Angeles, CA 90071 <br> Tel: (213) 622-4222 | FILED <br> 2014 JUL -3 PM 12: 26 <br> CLERK U.S. DISTRICT COURT <br> CENTRAL DIST. OF CALIF. <br> LOS ANGELES <br> BY: |
| ATTORNEY(S) FOR: Plaintiff | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNISTRIP TECHNOLOGIES, LLC <br><br> Plaintiff(s), <br> v. <br> LIFESCAN, INC.; and LIFESCAN SCOTLAND, LTD. <br><br> Defendant(s) | CASE NUMBER: <br><br> CV 14-5189-R (PLAx) <br><br> CERTIFICATION AND NOTICE <br> OF INTERESTED PARTIES <br> (Local Rule 7.1-1) |
|---|---|

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for                    Plaintiff UniStrip Technologies, LLC
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| UniStrip Technologies, LLC | Plaintiff |

July 3, 2014
Date

Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff UniStrip Technologies, LLC