BLECHER COLLINS PEPPERMAN & JOYE, P.C.
Maxwell M. Blecher (SBN 26202)
 *mblecher@blechercollins.com*
Donald R. Pepperman (SBN 109809)
 *dpepperman@blechercollins.com*
Jennifer S. Elkayam (SBN 238619)
 *jelkayam@blechercollins.com*
515 South Figueroa Street, Suite 1750
Los Angeles, California 90071-3334
Telephone: (213) 622-4222
Facsimile: (213) 622-1656

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNISTRIP TECHNOLOGIES, LLC, | Case No. 2:14-cv-05189-R (PLAx) |
|---|---|
| Plaintiffs, | **PROOF OF SERVICE OF SUMMONS AND COMPLAINT** |
| vs. | |
| LIFESCAN, INC.; and LIFESCAN SCOTLAND, LTD., | |
| Defendants. | |

At the time of service I was at least 18 years of age and not a party to this action and I served copies of the following:

1. Summons;
2. Civil Complaint for Damages and Injunctive Relief For Violations Of: (1) Section One of The Sherman Act (15 U.S.C. § 1); (2) Section Two of The Sherman Act--Attempt To Monopolize (15 U.S.C. § 2); (3) Section 3 of The Clayton Act (15 U.S.C. § 14); and (4) Intentional Interference With Prospective Economic Advantage and Actual Contractual Relationships [DEMAND FOR JURY TRIAL];
3. Notice of Interested Parties;
4. Civil Cover Sheet;
5. Judge Manuel L. Real's Order re: Notice to Counsel; and
6. PACER.

By personal service, I personally delivered the documents listed above to the party or person authorized to receive service of process for LIFESCAN, INC. on July 7, 2014 as follows:

C T CORPORATION SYSTEM
818 WEST SEVENTH ST 2ND FL
LOS ANGELES CA 90017

I am not a registered California process server.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Dated: July 8, 2014

_____
Jose Garcia

59960.1

-1-